IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JUL 03 2008

GREGORY C. LANGHAM
CLERK

Civil Action No. 08-cv-01066-BNB

DANIEL SCHNEIDER #98291,

    Plaintiff,

v.

JIM STADDLER, DOC Liaison,
MARY, Phoenix Center Dirt.,
JESSICA SCHLOMER, Asst. Dirt.,
JEFF STAYLEY, Head Case Manager,
MR. SULLIVAN, P.C. Dirt.,
JANETT RUSSELL, DOC Liaison,
MAJEN ROBERTS, P.C. Dirt.,
TRISHA PANEK, PC Asst. Dirt.,
ALLEN FLETCHER, P.C. Case Manager,
ANTHONY BUDGELL, P.C. Chief Security, and
MIKE TALKINTON, Aug.-Nov. 2006 P.C. Line Staff,

    Defendants.

---

ORDER OF DISMISSAL

---

Plaintiff Daniel Allan Schneider currently resides in Bismarck, North Dakota. On May 8, 2008, Plaintiff submitted to the Court a Prisoner Complaint and a Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915. Magistrate Judge Boyd N. Boland entered an order on May 21, 2008, directing the Clerk of the Court to commence a civil action and instructing Plaintiff to file a 28 U.S.C. § 1915 Motion and Affidavit Court-approved form used by nonprisoners. Mr. Schneider was warned that the action would be dismissed without further notice if he failed to comply within the time allowed.

Plaintiff now has failed to communicate with the Court, and as a result he has failed to cure the deficiencies within the time allowed. Accordingly, it is

ORDERED that the Complaint and action are dismissed without prejudice for failure to cure the deficiencies within the time allowed.

DATED at Denver, Colorado, this 2 day of July, 2008.

BY THE COURT:

ZITA L. WEINSHIENK, Senior Judge
United States District Court

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 08-cv-01066-BNB

Daniel Allan Schneider
Prisoner No. 98291
1102 E. Ave. C
Bismark, ND 58501

    I hereby certify that I have mailed a copy of the **ORDER AND JUDGMENT** to the above-named individuals on   7-38  

                          GREGORY C. LANGHAM, CLERK

                          By: _____
                                  Deputy Clerk